UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 13-9087 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Melissa Minor | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(3) The defendant shall appear at all future court proceedings;

(4) Other: _____

_____          4/4/13
DEFENDANT                         DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

4/4/13
DATE